# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

LEE R. JENKINS

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER:  14-PO-00101-DLW

PRO SE
(Defendant's Attorney)

**THE DEFENDANT:**  Was found Guilty on Count Two of the Information after a plea of not guilty.

**ACCORDINGLY,**  the Court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3 and 36 CFR 4.2(a) and (b); CRS 42-3-101(2)(a) | Number Plates Not Clearly Visible | 10/27/13 | Two |

The defendant has been found Not Guilty on Count One and is discharged as to such count.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | CVB | Fine |
|---|---|---|---|
| **Total:** | $10.00 | None | $15.00 |

January 30, 2014
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name and Title of Judicial Officer

January 31, 2014
Date